BEFORE THE THIRD DIVISION, JULY 23, 1940

**No. 44131.**—Protest 993054–G of Pacific Beverage Distributors, Ltd. (Los Angeles).

Opinion by CLINE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44132.**—Protest 998738–G of Rudolf Lesch Fine Arts, Inc. (New York).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without the introduction of evidence in support of the claims made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

JULY 16, 1940

**No. 44133.**——Protest 21853–K (A) of H. A. Caesar & Co. Application by plaintiffs for rehearing granted.

**No. 44134.**——Protests 6082–K/11935, etc., of Blue Grass Liquor Co. et al. Application for rehearing by plaintiffs granted.

JULY 19, 1940

**No. 44135.**——Protest 987608–G of H. C. Capwell Co. Application by Government for rehearing denied.

JULY 23, 1940

**No. 44136.**—SUIT 4288.——*United States* v. *Chas. Bashwiner, Lunham & Reeve, Inc.* reversed. C. A. D. 131.

**No. 44137.**—SUIT 4290.——*United States* v. *H. F. Ritchie & Co.* C. D. 194 affirmed. C. A. D. 124.

**No. 44138.**—SUIT 4292.——*Chas. T. Wilson Col, Inc.* v. *United States.* C. D. 211 reversed. C. A. D. 126.

**No. 44139.**—SUIT 4301.——*Eurasia Import Co., Inc.* v. *United States.* C. D. 226 dismissed.